IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOWER EAST SIDE PEOPLE'S FEDERAL
CREDIT UNION, on behalf of itself and its
members,

        Plaintiff,

v.

DONALD J. TRUMP and
JOHN M. MULVANEY,

        Defendants.

Civil Action No. 17-9536 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/18

**ORDER**

Upon consideration of the motion of Peter Conti-Brown for leave to file his proposed *amicus curiae* brief in support of the Plaintiff, it is hereby

ORDERED that the motion is GRANTED.

Dated: Dec. 28, 2017

_____
Paul G. Gardephe
United States District Judge