

**United States Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530

January 11, 2018

**By ECF and Hand Delivery**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: Supplemental Authority, *Lower East Side People's Federal Credit Union v. Trump*, No. 1:17cv9536-PGG

Dear Judge Gardephe:

    We write respectfully on behalf of Defendants to notify the Court of the memorandum opinion and order issued by the United States District Court for the District of Columbia on Wednesday, January 10, 2018 in *English v. Trump*, No. 17-2534 (TJK), a case raising similar claims against Defendants, denying the plaintiff Leandra English's motion for a preliminary injunction.

    A copy of the memorandum opinion and order is attached.

                                             Respectfully Submitted,

                                             CHAD A. READLER
                                             Acting Assistant Attorney General
                                             United States Department of Justice
                                             Civil Division
                                             950 Pennsylvania Ave. NW
                                             Washington, DC 20530
                                             Tel: (202) 514-7830
                                             Fax: (202) 307-6777
                                             (Attn: Civil Communications)
                                             E-mail: chad.a.readler@usdoj.gov

                                             BRETT A. SHUMATE
                                             Deputy Assistant Attorney General

                                             CHRISTOPHER HALL
                                             Assistant Director
                                             Civil Division

/s/ *Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
MATTHEW J. BERNS
ELIZABETH TULIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

CC: All Counsel of Record (by ECF)