UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOWER EAST SIDE PEOPLE'S FEDERAL
CREDIT UNION, on behalf of itself and its
members,
                                 Plaintiff,
      -against-

DONALD JOHN TRUMP, in his official
Capacity as President of the United States of
America; JOHN MICHAEL MULVANEY,
in his capacity as the person claiming to be
acting director of the Consumer Financial
Protection Bureau,
                             Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/18
```

17 CIVIL 9536 (PGG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 1, 2018, because Plaintiff has not demonstrated that it has standing to bring this action, Defendants' motion to dismiss is granted. Plaintiff's motion for a preliminary injunction is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
          February 5, 2018

                                                RUBY J. KRAJICK
                                                 Clerk of Court
                               BY:
                                           _____
                                                   Deputy Clerk